AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio



2008 JUL -8 PM 3: 20

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Vincent Welch | ) | Case No: 2:94-CR-17-002 |
| | ) | USM No: 18909-039 |
| Date of Previous Judgment: April 24, 1994 | ) | Gordon G. Hobson, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  262  months **is reduced to**  210 months  .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| Previous Offense Level: | 39 | Amended Offense Level: | 37 |
|---|---|---|---|
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 210 to 262 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

## III. ADDITIONAL COMMENTS

Despite the government's objections, the Court grants the motion because the Defendant's prison discplinary record is relatively minor and his work history indicates that he is entitled to a reduction in sentence.

Except as provided above, all provisions of the judgment dated  4/24/95  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  July 8, 2008

_____
Judge's signature

Effective Date:  July 18, 2008
(if different from order date)

Sandra S. Beckwith, Chief Judge
Printed name and title